IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANNA V. CONGER,<br><br>Plaintiff,<br><br>v.<br><br>K&D FISHERIES LLC, *et al*.,<br><br>Defendants. | Case No. C17-1270RSM<br><br>MINUTE ORDER STRIKING MOTION |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On October 15, 2017, Defendant K&D Fisheries LLC filed its Answer to the Complaint in this matter. Dkt. #18. The next day, the same Defendant filed a Motion to Dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), or in the alternative, for improper venue pursuant to Rule 12(b)(3). Dkt. #19.

Federal Rule of Civil Procedure 12(b) sets out seven defenses that must be asserted in a responsive pleading if one is required. The Rule further provides that a "motion asserting any of these defenses **must be made before pleading if a responsive pleading is allowed.** . . . Fed. R. Civ. Pro. 12(b) (emphasis added). The Federal Rules of Civil Procedure are clear

MINUTE ORDER– 1

that the defenses now raised by Defendant must be asserted in a motion filed prior to filing the Answer to the Complaint. Defendant did not do so.

Accordingly, the Court STRIKES Defendant's pending Motion to Dismiss (Dkt. #19) as untimely.

DATED this 17th day of October, 2017.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER– 2